AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 15, 2008 |
| NAME OF SERVER *(PRINT)* Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail, return receipt. Delivered 4/15/08

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 5, 2008
              *Date*

*Signature of Server*

1725 I Street, NW, Suite 300
Washington, DC 20006
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacifica Foundation
1925 Martin Luther King Jr. Way
Berkeley, CA 94704-1037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Christine Neira_  ☒ Agent  ☐ Addressee

B. Received by (*Printed Name*)  Christine Neira
C. Date of Delivery  4/15/08

D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number (*Transfer from service label*)  7004 2510 0004 0649 2233

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RYME KATKHOUDA

**SUMMONS IN A CIVIL CASE**

V.

PACIFICA FOUNDATION

Case: 1:07-cv-02339
Assigned To : Collyer, Rosemary M.
CAS   Assign. Date : 12/31/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Pacifica Foundation
1925 Martin Luther King Jr. Way
Berkeley, CA 94704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zachary Wolfe, Esq.
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 3 1 2007
CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK