UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYME KATHOUDA,** <br><br> Plaintiff, <br><br> v. <br><br> **PACIFICA FOUNDATION,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2339 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on December 31, 2007. The record reflects that Defendant Pacifica Foundation was served with a summons and copy of the complaint on April 15, 2008. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before August 29, 2008, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: August 5, 2008                         /s/
                                             ROSEMARY M. COLLYER
                                             United States District Judge