UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYME KATKHOUDA, </br></br>    Plaintiff, </br></br> v. </br></br> PACIFICA FOUNDATION, </br></br>    Defendant. | ) </br> ) </br> )    Civil Action No. 07-2339 (RMC) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Ryme Katkhouda, by and through undersigned counsel and pursuant to the Court's Order to Show Cause dated August 5, 2008, respectfully submits these points and authorities demonstrating that the case should not be dismissed for failure to prosecute.

1. Process was served properly in this matter on April 15, 2008. (Docket No. 2.)

2. General Counsel for Defendant acknowledge service by letter dated April 17, 2008. (Exhibit 1.)  In that letter, Defendant's General Counsel requested additional time to respond to the complaint, in order to obtain local counsel; and Plaintiff's counsel consented via an email message. (Exhibit 1.)

3. Subsequently, Defendant's General Counsel requested that the parties engage in initial negotiations, in hopes of settling this matter before Defendant must incur costs associated with obtaining local counsel.

4. In response to the Court's Order, undersigned counsel contacted Defendant's General Counsel, who requested a further two weeks before filing a response to the Complaint.  Plaintiff's counsel is amenable to this request, and to further discussions in hopes of resolving this matter.

5. Plaintiff's counsel regrets the failure to keep the Court informed as to this matter, and is uncertain why Defendant did not file a motion for extension of time to respond to the Complaint.  Given the current status of communications with Defendant's General Counsel, Plaintiff's counsel does not believe it would be in the interests of judicial or litigant efficiency to file a motion for default.

6. Accordingly, this matter should not be dismissed for failure to prosecute. Undersigned counsel recognizes that this is a minimal filing, but believes it is sufficient.  Undersigned counsel is sole counsel for the Plaintiff, and suddenly and unexpectedly lost his mother on Sunday night, and is barely able to prepare even this filing.  I beg the Court's indulgence, and promise either a filing by Defendant or a further update in two weeks' time.

Respectfully submitted,

/s/ Zachary Wolfe (#463548)
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
(202) 265-5965
(202) 250-6712 – facsimile

### Certificate of Service

I certify that a copy of the foregoing was served via first class mail this 29th day of August, 2008, upon:

Dan Siegel
499 14th Street, Suite 220
Oakland, CA 94612

/s/ Zachary Wolfe



**ATTORNEYS AT LAW**

- DAN SIEGEL
- ALAN S. YEE
- JANE BRUNNER
- JOSE LUIS FUENTES
- TANYA RUSSELL
- DEAN ROYER
- JESSICA P. ALBERT

OF COUNSEL

- ANNE BUTTERFIELD WEILLS

April 17, 2008

Zachary Wolfe, Esq.
People's Law Resource Center
1725 I Street, N.W., Suite 300
Washington, D.C. 20006

Re: <u>Katkhouda v. Pacifica Foundation, U.S.D.C. Dist. Colum. No. 1:07-cv-02339</u>

Dear Mr. Wolfe:

    I am the general counsel for the Pacifica Foundation. On April 15, the Foundation received a copy of the summons and complaint in the above case by mail.

    I attempted to reach you by telephone today to discuss this case, but your voice mail message indicated that you would be out of the country until the end of the month. I am leaving on vacation tonight and will not return until May 15.

    We have contacted our insurance carrier about this case, and I will follow up upon my return. In the meantime, we request your agreement that Pacifica may have until June 6, 2008, to file its response to your pleading. If this poses a problem for you, please contact my partner, Alan Yee.

    Thank you for your consideration in this matter.

Very truly yours,

DAN SIEGEL

**From:** Zachary Wolfe <zwolfe@PeoplesLawResourceCenter.org>
**Subject: Katkhouda v. Pacifica Foundation**
**Date:** April 30, 2008 11:52:36 AM EDT
**To:** DanSiegel@siegelyee.com, AlanYee@siegelyee.com

I am writing in response to Mr. Siegel's letter dated April 17, 2008.  I would have responded to his telephone voicemail message, but it ended without leaving any contact information.  In any event, we of course consent to your requested enlargement of time to respond to the Complaint, until June 6, 2008.  Please let me know if you have any further questions.

--
Zachary Wolfe, Esq. People's Law Resource Center 1725 I Street NW, Suite 300 Washington, DC 20006 (202) 265-5965